Orders.

December 29, 1997

*Further appellate review denied:*

ADOPTION OF MARIANNE & another. Reported below: 43 Mass. App. Ct. 1119 (1997).

ADOPTION OF OTTO. Reported below: 43 Mass. App. Ct. 1118 (1997).

ADOPTION OF SPENCER & another. Reported below: 43 Mass. App. Ct. 1119 (1997).

ALAN S. BELLO *vs.* THE PAUL REVERE LIFE INSURANCE CO. Reported below: 43 Mass. App. Ct. 1117 (1997).

COMMONWEALTH *vs.* PAUL BARTEL. Reported below: 43 Mass. App. Ct. 1117 (1997).

COMMONWEALTH *vs.* SANDY JO BATTISTA. Reported below: 43 Mass. App. Ct. 1113 (1997).

COMMONWEALTH *vs.* BARRY WAYNE BURBANK. Reported below: 43 Mass. App. Ct. 1118 (1997).

COMMONWEALTH *vs.* STEPHEN A. DAVID. Reported below: 43 Mass. App. Ct. 1119 (1997).

COMMONWEALTH *vs.* DERRICK DAVIDSON. Reported below: 43 Mass. App. Ct. 1118 (1997).

COMMONWEALTH *vs.* ALBERT D. DIAZ. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* CHANTHA DOUNG. Reported below: 43 Mass. App. Ct. 1119 (1997).

COMMONWEALTH *vs.* HEBERT J. EGERSHIEM. Reported below: 43 Mass. App. Ct. 1118 (1997).

COMMONWEALTH *vs.* MATTHEW E. GENDRON. Reported below: 43 Mass. App. Ct. 1117 (1997).

COMMONWEALTH *vs.* GARY A. GUTTING. Reported below: 43 Mass. App. Ct. 1115 (1997).

COMMONWEALTH *vs.* MATTHEW KANE (and a companion case). Reported below: 43 Mass. App. Ct. 1119 (1997).

COMMONWEALTH *vs.* KAREEM MABRY. Reported below: 43 Mass. App. Ct. 1120 (1997).

COMMONWEALTH *vs.* KEITH NASH. Reported below: 43 Mass. App. Ct. 1119 (1997).

COMMONWEALTH *vs.* LATIF NASSERY. Reported below: 43 Mass. App. Ct. 1120 (1997).

COMMONWEALTH *vs.* JOSEPH NOONE. Reported below: 43 Mass. App. Ct. 1118 (1997).

COMMONWEALTH *vs.* DONNA O'CONNELL. Reported below: 43 Mass. App. Ct. 1117 (1997).

COMMONWEALTH *vs.* FRANCISCO PEREZ. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* ROBERT R. ROBITAILLE. Reported below: 44 Mass. App. Ct. 1102 (1997).

COMMONWEALTH *vs.* PINERO SANTANA. Reported below: 43 Mass. App. Ct. 1119 (1997).

COMMONWEALTH *vs.* CHARLES K. STANFORD (and a companion case). Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* KEVIN L. UPSHAW. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* SCOTT VAUGHN. Reported below: 43 Mass. App. Ct. 818 (1997).

COMMONWEALTH *vs.* MICHAEL J. YOUNG. Reported below: 43 Mass. App. Ct. 1119 (1997).

COMMONWEALTH *vs.* CHRISTIAN ZORILLA. Reported below: 43 Mass. App. Ct. 1116 (1997).

JERRY JOYAL'S CASE. Reported below: 42 Mass. App. Ct. 1113 (1997).

WILLIAM F. KEHOE *vs.* STATE STREET BANK & TRUST COMPANY. Reported below: 43 Mass. App. Ct. 1117 (1997).

JUDITH ANN LEGER, executrix, *vs.* COMMISSIONER OF REVENUE. Reported below: 43 Mass. App. Ct. 1117 and 43 Mass. App. 930 (1997).

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY *vs.* MASSACHUSETTS BAY TRANSPORTATION AUTHORITY POLICE ASSOCIATION & another. Reported below: 43 Mass. App. Ct. 1117 (1997).

Orders.

WALTER A. McPHERSON *vs.* CIVIL SERVICE COMMISSION & another. Reported below: 43 Mass. App. Ct. 1119 (1997).

PAUL V. OLSON & others *vs.* TELESECTOR RESOURCES GROUPS, INC., & others. Reported below: 43 Mass. App. Ct. 1114 (1997).

BEVERLY PAGE *vs.* BELLE ISLE LIMITED PARTNERSHIP. Reported below as BEVERLY PAGE *vs.* EDWARD G. LEROUX, JR., & others: 43 Mass. App. Ct. 708 (1997).

AUDREY STRONACH & another *vs.* TIMOTHY STRONACH & others. Reported below: 43 Mass. App. Ct. 1116 (1997).

RAYMOND C. TORPEY, trustee, *vs.* VICTOR A. PALUMBO, JR., individually & as trustee. Reported below: 43 Mass. App. Ct. 1116 (1997).

TUITE & SONS, INC., & another *vs.* SHAWMUT BANK, N.A. Reported below: 43 Mass. App. Ct. 751 (1997).

CHARLES F. TYNAN, JR., & another *vs.* MARK D. NELSON. Reported below: 43 Mass. App. Ct. 738 (1997).

JOHN VOTTA *vs.* ZONING BOARD OF APPEALS OF LOWELL. Reported below: 43 Mass. App. Ct. 1118 (1997).

EDWARD WOYTASZEK & another *vs.* BUSINESS ADVISORY & MANAGEMENT SERVICES, INC. Reported below: 43 Mass. App. Ct. 1118 (1997).


December 30, 1997

*Further appellate review granted:*

WILLIAM J. CLEARY, JR. *vs.* ROBERT B. CLEARY. Reported below: 43 Mass. App. Ct. 1112 (1997).

COMMONWEALTH *vs.* MARTHA JEAN EAKIN (and a companion case). Reported below: 43 Mass. App. Ct. 693 (1997).

COMMONWEALTH *vs.* JOHN M. HALLET. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* DAVID PARE. Reported below: 43 Mass. App. Ct. 566 (1997).

*Further appellate review denied:*

ALLSTATE INSURANCE COMPANY *vs.* AMY REYNOLDS. Reported below: 43 Mass. App. Ct. 927 (1997).

COMMONWEALTH *vs.* DARRELL ENGRAM. Reported below: 43 Mass. App. Ct. 804 (1997).

COMMONWEALTH *vs.* ARLENE T. FEODOROFF (No. 1). Reported below: 43 Mass. App. Ct. 725 (1997).

COMMONWEALTH *vs.* ARLENE T. FEODOROFF (No. 2). Reported below: 43 Mass. App. Ct. 725 (1997).

COMMONWEALTH *vs.* MARIO GOMEZ. Reported below: 43 Mass. App. Ct. 1119 (1997).

COMMONWEALTH *vs.* CONRAD JAMES. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* DONALD R. MAYLOTT. Reported below: 43 Mass. App. Ct. 516 (1997).

COMMONWEALTH *vs.* MICHAEL J. RUEL. Reported below: 43 Mass. App. Ct. 1118 (1997).

COMMONWEALTH *vs.* JAMES SOUZA (and a companion case). Reported below as COMMONWEALTH *vs.* CHARLES K. STANFORD (and three companion cases): 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH *vs.* ORLANDO VELEZ. Reported below: 43 Mass. App. Ct. 1118 (1997).

THE DOW COMPANY, INC. *vs.* GAFFNY CORPORATION CONTRACTORS. Reported below: 43 Mass. App. Ct. 1115 (1997).

LEXINGTON SAVINGS BANK *vs.* CON-REL, INC., & others. Reported below: 43 Mass. App. Ct. 1118 (1997).